JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY EDWARD FUERST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:13-cr-0035 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| ANTHONY EDWARD FUERST, | ) ) | Date: May 6, 2013 |
| *Defendant.* | ) ) | Time: 1:00 p.m. Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso, Counsel for Defendant Anthony Edward Fuerst, that the hearing currently set for February 19, 2013 at 1:00 p.m. before Judge Oberto, **may be rescheduled to May 6, 2013 at 1:00 p.m.**

Initial discovery was provided on February 12, 2013. This continuance is at the request of the parties to allow additional time for negotiation and investigation. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: February 13, 2013 /s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney
Attorneys for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: February 13, 2013 /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ANTHONY EDWARD FUERST

**ORDER**

IT IS SO ORDERED.

**Dated:   February 14, 2013**         /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE